# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JEREMY D. PAWLEY,

*Plaintiff*

v.

SGT. BLIVEN, C/O SCHURCH and C/O MADSON,

*Defendant*

Civil Action No. 2:16-CV-0328-LRS

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 05, 2018**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Order Granting Defendants' Motion for Summary Judgment (ECF No. 38), Defendants are awarded judgment on the claims set forth against them in Plaintiffs' Complaint (ECF No. 9).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Lonny R. Suko on a motion for for summary judgment.

Date: 02/05/2018

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas